# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0090. WILLIAM HENRY SAVIOR III v. SHIQUITA MARCELLA SAVIOR et al.

This is the second appearance of this domestic relations case before this Court. On April 22, 2024, we dismissed William Savior's application for discretionary review from the trial court's order dismissing with prejudice his petition to dismiss his paternity to Shiquita Savior as untimely. See Case Number A24D0310. Now, William has filed the instant discretionary application, seeking appellate review of the trial court's dismissal of his renewed petition to dismiss paternity. Once again, we lack jurisdiction.

Our dismissal of William's first discretionary application bars further appellate review of the trial court's order. "It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court," and it matters not that the dismissal of the previous appeal did not reach the merits of the claim "because the dismissal, nevertheless, constitutes binding law of the case." *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (citation and punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__10/31/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*